IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARRIE L. HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:20-CV-02085-KHV-TJJ |
| ) | |
| SUNTRUST BANK n/k/a TRUIST BANK, ) | |
| ) | |
| Defendant ) | |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Carrie L. Harper and Defendant SunTrust Bank n/k/a Truist Bank stipulate to the dismissal of all claims in this action with prejudice, with each of the parties to bear her or its own costs.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By /s/ Eric W. Smith
　Rik N. Siro　　　　　KS FED #77812
　Eric W. Smith　　　 KS #16539
　Athena M. Dickson　KS #21533
　Raymond A. Dake　 KS FED #78448
　Ryan P. McEnaney　KS FED #78827
　1621 Baltimore Avenue
　Kansas City, Missouri  64108
　816.471.4881 (Tel)
　816.471.4883 (Fax)
　rsiro@sirosmithdickson.com (email)
　esmith@sirosmithdickson.com (email)
　adickson@sirosmithdickson.com (email)
　rdake@sirosmithdickson.com (email)
　rmcenaney@sirosmithdickson.com (email)

**ATTORNEYS FOR PLAINTIFF**

2

**LITTLER MENDELSON, P.C.**

By /s/ Jeannie M. DeVeney
    Jeannie M. DeVeney    KS #17445
    Bonnie Birdsell    KS #78895
    1201 Walnut Street, Suite 1450
    Kansas City, MO 64106
    Telephone: 816.627.4400
    Facsimile: 816.627.4444
    jdeveney@littler.com
    bbirdsell@littler.com

**ATTORNEYS FOR DEFENDANT**